Form No. 11

Case Number _/6/ 05-42339_    Debtor

BALANCE SHEET / NON-BUSINESS DEBTOR

As of

**Assets**
  Cash                                         _7390.94_
  Investments
    Marketable securities                      _____
    MutualFunds                                _____
Stocks
    Savings/CD's

Other_____
  Income Tax Refund Receivable
  Personal Property
    (Automobile,                                                          etc.)
Residence
    less Mortgage                              (           )
  Other Assets


Total Assets

Liabilities
  Post-Petition Liabilities
    Accounts Payable
    Notes Payable
    Rents and Leases Payable
    Taxes Payable
    Accrued Interest
    Other
Total Post-Petition Liabilities

  Pre-Petition Liabilities
    Priority Claims
    Security Debts
    Unsecured Debts
  Total Pre-Petition Liabilities    _1,310,410.98_
Total Liabilities

Form No. 12

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE: _Philip H Collector_       Case Number: _161-05-42339_

Cash Disbursements Summary Report

Calendar Month Ending _October 15-31 2005_

Total Disbursements from Operating Account (Note 1) _ϕ_

Total Disbursements from Payroll Account (Note 2) _ϕ_

Total Disbursements from Tax Escrow Account (Note 3) _ϕ_

Total Disbursements from and other Account (Note 4) _ϕ_

Grand Total disbursements from all accounts _ϕ_

_Intercoastal Investments Trust, LTD paid all expenses for this period_

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account. Exclude only transfers to the debtor in possession payroll account, the debtor in possession tax escrow account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account. Exclude only transfers to the debtor in possession operating account, the debtor in possession tax escrow account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the tax escrow account. Exclude only transfers to the debtor in possession operating account, the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 4 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, and amounts paid from the accounts of others on the debtors behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)

_[signature]_                                         _12/7/2005_