**SO ORDERED**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

### THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at BANKRUPTCY

In Re:     *

PHILLIP HOWARD COLLECTOR,     *    Case No.    05-42339 DK

    *    Chapter    11

    *

    *

Debtor(s)     *

### FINAL DECREE IN CHAPTER 11 CASE

The estate of the above-named Debtor(s) having been fully administered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Chapter 11 case of the above-named Debtor(s) is CLOSED.

cc:     Debtor(s)
        Counsel for Debtor(s)
        U.S. Trustee
        All Creditors

Postco-6.9-- 8/24/07/jfw

**End of Order**