**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
at Baltimore

**Date: 2/11/11**

In re:   Case No.:   05−42339 DK    Chapter:   11

Phillip Howard Collector
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 124 − Motion to Reopen Chapter 11 Case to File a Motion for Relief from Stay and/or Discharge Filed by Hyman Haskins . (Attachments: # (1) Proposed Order) (Whitfield, Jennifer)

PROBLEM: Reopen fee for Chapter 11 case was not paid − balance of $740.00 is due.

CURE: Pay balance of filing fee.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 2/25/11.**

**Additional information for non−attorney filers is available at www.mdb.uscourts.gov/PS_debtor_after.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Jennifer Whitfield  301−344−3326

cc:   Debtor(s)
      Attorney for Debtor(s) − Marc Robert ^1Kivitz
      David Cohen

Form defntc (01/06)